(February 22, 1971)

JERRY B. ROSE et al., Appellants, v. SUSAN BAILEY et al., Respondents.

640

Munder, Acting P. J., Martuscello and Brennan, JJ., concur; Shapiro and Benjamin, JJ., dissent and vote to reverse the order, to grant the motion of plaintiffs Rose for a new trial and to vacate the judgment, with an opinion by Shapiro, J., in which Benjamin, J., concurs. Judgment modified, etc.